United States Court of Appeals
Fifth Circuit

**F I L E D**

December 8, 2005

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

No. 05-10377
Summary Calendar

DOUGLAS GREEN,

Petitioner-Appellant,

versus

COLE JETER, Warden, Federal Medical Center
Fort Worth,

Respondent-Appellee.

**Appeal from the United States District Court
for the Northern District of Texas
(4:05-CV-122)**

Before BARKSDALE, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Convicted in 1997 on drug charges and given a 144-month sentence, Douglas Green (federal prisoner # 72853-079), pursuant to 28 U.S.C. § 2241, challenges, *pro se*, the Bureau of Prisons' (BOP's) method of calculating his good-time credits under 18 U.S.C. § 3624(b).

Green claims the BOP incorrectly interpreted § 3624(b), resulting in the potential loss of 84 days of good-time credits. Green seeks to have the BOP ordered to credit him the total amount

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

of good-time credits (648 days) to which he believes he is entitled, based on his 12-year sentence.

In *Sample v. Morrison*, 406 F.3d 310, 312-13 (5th Cir. 2005), for the claim Green advances, the appeal was dismissed for lack of subject-matter jurisdiction because the petition was not ripe for review. The court concluded the "temporally distant and speculative nature" of the claims rendered the § 2241 petition premature. *Id.*

Green is seeking the same relief found premature in *Sample*. Therefore, this instant appeal is **DISMISSED** for lack of subject-matter jurisdiction.

*APPEAL DISMISSED.*

2